**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1643**

MICHAEL G.D. ROWE,

                    Plaintiff – Appellant,

          v.

BANK OF AMERICA, NA; BAC HOME LOANS SERVICING, LP,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge. (4:10-cv-00092-RAJ-FBS)

Submitted: February 9, 2012          Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry W. McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, P.C., Richmond, Virginia, for Appellant. Robert M. Tata, Georgianna G. Ramsey, HUNTON & WILLIAMS, LLP, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael G.D. Rowe appeals the district court's order granting Bank of America, N.A., and BAC Home Loans Servicing, LP's Fed. R. Civ. P. 12(b)(6) motion to dismiss his action, brought pursuant to the Truth in Lending Act, 15 U.S.C.A. §§ 1601-1667f (West 2009 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Rowe v. Bank of America, NA</u>, No. 4:10-cv-00092-RAJ-FBS (E.D. Va. filed Apr. 11 & entered Apr. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>